IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01800-BNB

SENO CARTER,

     Plaintiff,

v.

UNITED STATES OF AMERICA,
RENE GARCIA, Warden,
R. FRENCH, Unit Case Worker,
MR. TABOR, Unite Manager, and
MR. NORRIS, Unit Counselor,

     Defendants.

## ORDER OF DISMISSAL

     Plaintiff, Seno Carter, is a federal prisoner who currently is incarcerated at the Federal Correctional Facility in Pollock, Louisiana. On October 3, 2011, the Court denied Mr. Carter leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) because he has filed at least three actions that were dismissed as either legally frivolous or for failure to state a claim, and he has failed to set forth specific allegations in this action of ongoing serious physical injury or a pattern of misconduct evidencing the likelihood of imminent serious physical injury. The Court instructed Mr. Carter to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Carter that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Carter has failed to pay the filing fee within the time allowed. The Complaint and the action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Mr. Carter failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this 8th day of November, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court